IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MULTI-COLOR CORPORATION, | ) |
| | ) Case No. 1:10-cv-280 |
| Plaintiff and Counterclaim Defendant, | ) |
| | ) Judge: Dlott |
| v. | ) |
| | ) |
| GRAPHIC PACKAGING INTERNATIONAL, INC. | ) |
| | ) |
| | ) |
| Defendant and Counterclaimant. | ) |

**NOTICE OF JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Plaintiff Multi-Color Corporation and Defendant Graphic Packaging International, Inc. hereby submit their Joint Claim Construction and Prehearing Statement, pursuant to Local Patent Rule 105.2(d), attached hereto as Exhibit 1.  The parties expect to continue their discussions in an effort to narrow the issues to be decided by the Court.

*s/Paul J. Linden*
Brett A. Schatz (0072038)
bschatz@whepatent.com
Paul J. Linden (0083699)
plinden@whepatent.com
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202-2917
 (513) 241-2324
 (513) 241-6234 (Facsimile)

Attorneys for Plaintiff and Counterclaim Defendant Multi-Color Corporation

*s/T. Earl LeVere*
T. Earl LeVere (0063515)
elevere@szd.com
SCHOTTENSTEIN ZOX & DUNN CO., LPA
250 West Street
Columbus, Ohio 43215
 (614) 462-1095
 (614) 228-4847 (Facsimile)

William M. Ragland, Jr.
wragland@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
Atlantic Station
271 17th Street, NW, Suite 2400
Atlanta, GA  30363-1017
 (404) 872-7000
 (404) 888-7490 (Facsimile)

Attorneys for Defendant and Counterclaimant Graphic Packaging International, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    *s/Paul J. Linden*
Brett A. Schatz (0072038)
bschatz@whepatent.com
Paul J. Linden (0083699)
plinden@whepatent.com
Trial Attorneys
WOOD, HERRON & EVANS, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, Ohio 45202-2917
 (513) 241-2324
 (513) 241-6234 (Facsimile)

***Attorneys for Multi-Color Corporation***